No. D–694. IN RE DISBARMENT OF SMITH. It is ordered that Moreland G. Smith, Jr., of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–695. IN RE DISBARMENT OF BALTIMORE. It is ordered that Richard L. Baltimore, Jr., of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–696. IN RE DISBARMENT OF HUST. It is ordered that William J. Hust, III, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–697. IN RE DISBARMENT OF REDDAN. It is ordered that John D. Reddan, of West Hempstead, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–698. IN RE DISBARMENT OF McCOY. It is ordered that Joseph R. McCoy, III, of Seaford, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–352. SUN OIL CO. v. WORTMAN ET AL. Sup. Ct. Kan. [Certiorari granted, 484 U. S. 912.] Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 87–498. BERKOVITZ ET AL. v. UNITED STATES. C. A. 3d Cir. [Certiorari granted, 484 U. S. 1003.] Motion of Lederle Laboratories for leave to file a brief as amicus curiae granted.